**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COLOR STREET, LLC, et al.<br><br>                   Petitioners,<br><br>   v.<br><br>KRISTY FIELDS,<br><br>                 Respondent. | Case No. 2:25-cv-13122-EP-CF<br><br>*Assigned to District Judge Evelyn Padin and Magistrate Judge Cari Fais*<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, as to all parties pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). There is no "prevailing party" with respect to the above-captioned action, and Respondent has waived any right to move for sanctions, pursuant to Fed. R. Civ. P. 11 or otherwise, with respect to the filing or prosecution of this action. Subject to the agreement of the parties as memorialized in the letter to the Court filed concurrently herewith, the parties shall bear their own respective fees and costs.

DATED: February 23, 2026

**KATZ BANKS KUMIN LLP**

*/s/ Hugh Baran*
Hugh Baran
baran@katzbanks.com
111 Broadway, Suite 1403
New York, NY 10006
Telephone: (646) 759-4501

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 2/24/2026

**CLARKSON LAW FIRM, P.C.**

Glenn A. Danas (*pro hac vice*)
*gdanas@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Telephone: (213) 788-4050
Facsimile: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Kristen Simplicio (*pro hac vice*)
*ksimplicio@clarksonlawfirm.com*
Roke Iko (*pro hac vice)*
*riko@clarksonlawfirm.com*
1050 Connecticut Ave. NW, Suite 500
Washington, DC 20036
Telephone: (202) 998-2299

*Attorneys for Respondent Kristy Fields*

DATED: February 23, 2026

**McCARTER & ENGLISH, LLP**

 */s/ Joseph R. Scholz*
Joseph R. Scholz, Esq.
jscholz@mccarter.com
Thomas F. Doherty, Esq.
tdoherty@mccarter.com
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Fax: (973) 624-7070

**BUCHALTER LLP**
Lawrence B. Steinberg (SBN 101966)
*LSteinberg@buchalter.com*
Kathryn B. Fox (SBN 279705)
*kfox@buchalter.com*
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: (213) 891-0700
Fax: (213) 896-0400

*Attorneys for Petitioners*